| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Granade, Callie V. | 2. Court or Organization U.S. District Court Southern District of Alabama | 3. Date of Report 09/05/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active U.S. District Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address John C. Campbell United States Courthouse 113 St. Joseph Street Mobile, Alabama 36602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Director, & V.P., Communications | Federal Judges Association |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/05/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Southwest Bancshares, Inc. (Director's fees) |
| 2. | 2010 | Stone, Granade & Crosby, P.C. (law firm income) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 2010 | Washington, DC | attend FJA Board meeting | Transportation, hotel & meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/05/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/05/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southwest Bankcshares stock (see note) | E | Dividend | P1 | Q | | | | | |
| 2. First Community Bank Accounts | A | Interest | M | T | | | | | |
| 3. Wachovia Bank Accounts | A | Interest | K | T | | | | | |
| 4. Army Aviation Center Federal Credit Union | A | Interest | J | T | | | | | |
| 5. 1/2 Interest in Virginia Properties, LLC (see note) | | None | K | W | | | | | |
| 6. Morgan Stanley Brokerage Account | | | | | | | | | |
| 7. -- Bank Deposit Program Morgan Stanley Bank | A | Interest | N | T | | | | | |
| 8. -- Apple Computer Inc. common stock | | None | M | T | | | | | |
| 9. -- Biotech Holders Tr stock | | None | J | T | | | | | |
| 10. -- Coca Cola stock | A | Dividend | K | T | | | | | |
| 11. -- Diageo PPLC SponADR stock | C | Dividend | M | T | | | | | |
| 12. -- Duke Energy Corp Hldg. Co. stock | B | Dividend | K | T | | | | | |
| 13. -- Ishares MSCI Aust Index Fund | B | Dividend | K | T | | | | | |
| 14. -- Ishares MSCI Brazil (Free) Index Fund | A | Dividend | J | T | | | | | |
| 15. -- Kimberly Clark Corp. stock | C | Dividend | L | T | | | | | |
| 16. -- Microsoft Corp. common stock | B | Dividend | K | T | | | | | |
| 17. -- Monsanto Co. stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/05/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Nestle Spon ADR stock (see note) | B | Dividend | L | T | | | | | |
| 19. -- Pepsico Inc. NC stock | C | Dividend | M | T | | | | | |
| 20. -- Powershares Exchange Tr. Fund | A | Dividend | K | T | | | | | |
| 21. -- Powershares Water Res PTF | A | Dividend | L | T | | | | | |
| 22. -- Royal Bank of Scotland ser Q | A | Dividend | K | T | | | | | |
| 23. -- Sherwin Williams Co. Ohio stock | A | Dividend | K | T | | | | | |
| 24. -- Target Corp. stock | A | Dividend | K | T | | | | | |
| 25. -- The Advisory Board Co. stock | | None | K | T | | | | | |
| 26. -- U.S. Bancorp common stock | A | Dividend | L | T | | | | | |
| 27. -- Lauderdale Cnty & Florence, AL Health Rev Bond | B | Interest | | | Redeemed | 07/01/10 | K | A | |
| 28. -- Alabama St Ser A Genl Obl Bond | C | Interest | L | T | | | | | |
| 29. -- Seariver Maritime Def Interest Debenture zero coupon | | None | M | T | | | | | |
| 30. -- BAC Capital Trust | B | Interest | K | T | | | | | |
| 31. -- JPM Chase Cap XVI | B | Interest | K | T | | | | | |
| 32. -- USB Cap VI | B | Interest | K | T | | | | | |
| 33. --American Amcap A Mutual Fund | A | Dividend | L | T | | | | | |
| 34. --American Growth Fund of America A Mutual Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/05/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --American Inv Co. of America A Mutual Fund | A | Dividend | L | T | | | | | |
| 36. -- M & I Marshall & Ilsley Bank CD | B | Interest | | | Redeemed | 03/15/10 | L | | |
| 37. -- Southwest Bank of St. Louis CD | B | Interest | | | Redeemed | 03/15/10 | L | | |
| 38. -- Allstate Life Variable Annuity | | None | L | T | | | | | |
| 39. Morgan Stanley Retirement Account | A | Dividend | L | T | | | | | |
| 40. -- Allianz CCM Cap Apprec B Mutual Fund | | None | | | Merged (with line 41) | 07/08/10 | K | | |
| 41. -- Managers Cadence Capp App A (MPAFX) | A | Dividend | L | T | Open | 07/08/10 | K | | |
| 42. --Morgan Stanley Liquid Asset Fund | A | Interest | J | T | | | | | |
| 43. 1/12 mineral rights, parcel in Washington County, AL | | None | J | W | | | | | |
| 44. 40% interest in Daphne Offices, LLC Daphne, AL (see note) | D | Rent | M | S | | | | | |
| 45. 15.625% interest in office bldg, Bay Minette, AL (see note) | C | Rent | L | S | | | | | |
| 46. 34% int in South Baldwin Offices, LLC Foley, AL (see note) | D | Rent | L | Q | | | | | |
| 47. 16.24% interest in Stockton Oaks, LLC (see note) | | None | K | W | | | | | |
| 48. 1/6 interest in 1.8 acres property in Magnolia Springs, AL | | None | K | W | | | | | |
| 49. 1/3 interest in real estate parcel #1 in Washington Cty, AL | | None | L | W | | | | | |
| 50. 1/3 interest in real estate parcel #2 in Washington Cty, AL | | None | J | W | | | | | |
| 51. 1/2 int in rl est. parcel #3 in Washington Cty, AL | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/05/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ameritrade IRA | D | Int./Div. | N | T | | | | | |
| 53. --Amex SPDR Energy Select (see note in Part VIII) | | None | | | | | | | |
| 54. -- Fairholme Fund | | | | | Buy (add'l) | 04/21/10 | J | | |
| 55. | | | | | Sold (part) | 05/20/10 | K | | |
| 56. | | | | | Buy (add'l) | 12/14/10 | J | | |
| 57. | | | | | Buy (add'l) | 12/17/10 | J | | |
| 58. | | | | | Buy (add'l) | 12/29/10 | J | | |
| 59. --First Eagle Global Fund Class I | | | | | Buy (add'l) | 02/12/10 | K | | |
| 60. | | | | | Buy (add'l) | 02/12/10 | K | | |
| 61. | | | | | Buy (add'l) | 02/19/10 | J | | |
| 62. | | | | | Buy (add'l) | 03/15/10 | K | | |
| 63. | | | | | Buy (add'l) | 04/08/10 | J | | |
| 64. | | | | | Buy (add'l) | 12/17/10 | J | | |
| 65. --First Eagle Gold Fund Class I (see note) | | | | | Buy (add'l) | 12/17/10 | J | | |
| 66. | | | | | Buy (add'l) | 12/29/10 | J | | |
| 67. --Foreside FD SVCS LLC Wintergreen FD | | | | | Sold | 02/10/10 | J | | |
| 68. --Ivy Funds Science and Technology Class A | | | | | Sold (part) | 01/29/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/05/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 02/26/10 | K | | |
| 70. -- Ameritrade Cash Account | | | | | | | | | |
| 71. -- Matthews Pacific Tiger | | | | | Sold (part) | 01/29/10 | K | | |
| 72. | | | | | Sold (part) | 02/12/10 | K | | |
| 73. | | | | | Buy (add'l) | 11/08/10 | K | | |
| 74. | | | | | Buy (add'l) | 12/06/10 | J | | |
| 75. | | | | | Buy (add'l) | 12/10/10 | J | | |
| 76. -- Pimco Stockplus SH Strat Fund | | | | | Buy | 02/03/10 | J | | |
| 77. | | | | | Buy (add'l) | 02/08/10 | J | | |
| 78. | | | | | Buy (add'l) | 02/16/10 | K | | |
| 79. | | | | | Buy (add'l) | 03/03/10 | J | | |
| 80. | | | | | Buy (add'l) | 03/19/10 | J | | |
| 81. | | | | | Sold (part) | 04/14/10 | J | | |
| 82. | | | | | Buy (add'l) | 05/18/10 | J | | |
| 83. | | | | | Buy (add'l) | 05/21/10 | J | | |
| 84. | | | | | Buy (add'l) | 05/27/10 | J | | |
| 85. | | | | | Buy (add'l) | 06/01/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/05/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/18/10 | J | | |
| 87. | | | | | Buy (add'l) | 06/25/10 | J | | |
| 88. | | | | | Buy (add'l) | 08/25/10 | J | | |
| 89. | | | | | Buy (add'l) | 09/17/10 | J | | |
| 90. | | | | | Sold (part) | 11/03/10 | J | | |
| 91. | | | | | Sold (part) | 11/05/10 | J | | |
| 92. | | | | | Sold (part) | 12/02/10 | J | | |
| 93. | | | | | Sold (part) | 12/16/10 | J | | |
| 94. -- Turner Emerging Growth Fund | | | | | Sold | 05/20/10 | J | | |
| 95. --Permanent Portfolio Fund Com | | | | | Buy (add'l) | 02/26/10 | J | | |
| 96. | | | | | Buy (add'l) | 08/25/10 | J | | |
| 97. | | | | | Buy (add'l) | 12/09/10 | J | | |
| 98. -- Royce Fund Microcap Investment CL | | | | | Buy | 01/07/10 | J | | |
| 99. | | | | | Sold (part) | 02/09/10 | J | | |
| 100. | | | | | Sold (part) | 05/10/10 | J | | |
| 101. | | | | | Buy (add'l) | 12/09/10 | K | | |
| 102. | | | | | Buy (add'l) | 12/29/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/05/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- SPDR Gold Tr Gold SHS Closed End Fund | | | | | | | | | |
| 104. --IShares Silver Trust | | | | | Sold (part) | 12/21/10 | L | | |
| 105. --Powershares DB Agriculture Fund | | | | | Sold | 02/24/10 | K | | |
| 106. --United State Nat Gas Fund Com | | | | | Sold | 02/12/10 | J | | |
| 107. --Blackrock Fds Energy & Res Port I | | | | | Buy | 12/23/10 | K | | |
| 108. Trust #1 (see note)(See Part I, Line 1) | None | M | T | | | | | | |
| 109. Trust #2 (see note) | None | P1 | Q | | | | | | |
| 110. -- Southwest Bancshares stock | | | | | | | | | |
| 111. Morgan Stanley Smith Barney Citigroup account | | | | | | | | | |
| 112. -- Genworth Life & Annuity annuity | None | K | T | | | | | | |
| 113. Stone, Granade & Crosby, P.C. 401(k) (see note) | None | M | T | | | | | | |
| 114. --Vanguard Prime Money Market | | | | | | | | | |
| 115. Royalty Interest, Delhi Field Unit, Delhi, LA. (X) | None | | | | Sold | 07/21/10 | J | A | JC Petrol'm Royalty Unit |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/05/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 2: I have been a member of the Board of Directors of the Federal Judges Association since 2005. I have been an officer since 2009. I have not previously reported the position because I did not understand it to be a reportable position.

Part VII, Line 1: Appraisal (stock valuation) of stock value as of 9/30/2010.

Part VII, Line 5: Virginia Properties owns 8 acres of real estate in Baldwin County, Alabama

Part VII, Line 44: Daphne Offices, LLC owns an office building in Daphne, AL, last appraised on 8/6/02 for $300,000. Tax valuation for 2009 was $325,300. 40% of $325,300 = $130,120.

Part VII, Line 45: Office Building in Bay Minette, AL ownership interest has not changed. The interest reported last year (15.25%, included a typographical error. It should have been reported as 15.625%). The building and property was given a property                tax evaluation by the Revenue Commissioner of Baldwin County of $416,000 in 2010. 15.625% of 416,000 is $65,000.

Part VII, Line 46: South Baldwin Offices, LLC owns an office building and lot in Foley, AL, last appraised in April 2002 for $200,000. Tax valuation for 2010 was $264,500. 34% of $264,500 is $89,930..

Part VII, Line 47: Stockton Oaks, LLC owns is 74.5 acres in North Baldwin County, AL with an estimated value of $223,000. 16.24% of $223,000 is $35,680.

Part VII, Line 53: Amex SPDR Energy Select. All of this asset was sold in 2009, and the final sale transaction, on 6/19/09, value Code J, was inadvertently omitted from the 2009 Financial Disclosure report.

Part VII, Line 64: First Eagle Gold Fund Class A, reported on the Financial Disclosure Form for 2009 was exchanged for First Eagle Gold Fund Cl I on 6/14/10.

Part VII, Line 107 The only asset in Trust #1 is a Metropolitan Life permanent life insurance policy.

Part VII, Line 108: The only asset in Trust #2 is stock of Southwest Bancshares, some of which ws a gift from a relative, and the rest purchases. The value of the trust is derived from an appraisal of the stock value as of 09/30/2010. There is no income from                the trust currently going to any reportable beneficiary.

Part VII, Line 112: This is a 401(k) plan at my husband's law firm.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Callie V. Granade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544